# ALABAMA COURT OF CRIMINAL APPEALS



September 26, 2025

**CR-2025-0394**

Damian Lamar Jackson v. State of Alabama (Appeal from Shelby Circuit Court: CC-16-802.60, CC-16-803.60, and CC-16-804.60)

## NOTICE

You are hereby notified that on September 26, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk